**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

05 MAR 31 PM 4:28

CLERK, U.S. DIST. CT.
W.D. OF MEMPHIS
Deputy-In-Charge

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF RE-SETTING
Before Judge J. Daniel Breen, United States District Judge

March 31, 2005

RE:   2:04cr20075-01-B
       *USA v. Wayne E. Ridenhour, Jr. (b)*

Dear Sir/Madam:

A **SENTENCING HEARING** before **Judge J. Daniel Breen** has been **RE-SET** from THURSDAY, APRIL 7, 2005 at 1:30 P.M.. to **WEDNESDAY, APRIL 20, 2005** at **9:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE COURT REQUESTS THAT DEFENSE COUNSEL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *Taffy Elchlepp*
Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20075 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable J. Breen
US DISTRICT COURT